UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-539-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  JAMAL RIANE,

    Defendant.

_____

## ORDER
_____

This matter is before the Court upon a review of the file.  To ensure that all pretrial phases of the case are complete before the commencement of the jury trial, it is

ORDERED that all pretrial motions shall be filed by **Friday, July 7, 2006**, and responses to these motions shall be filed by **Friday, July 21, 2006**.  It is

FURTHER ORDERED that a hearing on all pending motions, if any, and final trial preparation conference is set for **Thursday, July 27, 2006, at 11:00 a.m**.  It is

FURTHER ORDERED that a six-day jury trial is set to commence on **Monday, August 14, 2006, at 9:00 a.m.**

Dated:  June 20, 2006

                                        BY THE COURT:

                                        s/ Wiley Y. Daniel
                                        Wiley Y. Daniel
                                        U. S. District Judge