UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 03-cr-00539-WYD

UNITED STATES OF AMERICA,

    Plaintiff,

v.

5.  JAMAL RIANE,

    Defendant.
_____

### ORDER
_____

THIS MATTER comes before the Court on the Government's Motion to Declare Case Complex [# 222], filed June 16, 2006.  Having reviewed this pleading, Defendant Riane's Response, and the file in this matter, and being otherwise fully advised in the premises, it is hereby:

**ORDERED AND ADJUDGED** that this Motion is hereby **GRANTED.**

Further, the Court makes the following Findings of Fact and Conclusions of Law:

1.  As set forth in the Government's motion, this case involves only one defendant but the discovery in this case is voluminous, estimated conservatively by the Government ultimately to be in excess of 1,500 pages.  This case involves a multi-state and international MDMA or Ecstasy importation and distribution organization.

2.  Also, the total volume of referenced discovery does not include the service of grand jury transcripts and other supplemental discovery that will be generated in this case in the future.

3.  Finally, the defendant joins in this motion and states that he needs additional

-2-

time to review pre-trial discovery and to conduct a defense investigation which involves interviews with out-of-state witnesses, and potentially may include foreign witnesses.

4. Wherefore, and in light of the foregoing, this Court finds, pursuant to the provisions of 18 U.S.C. §3161(h)(8), that due to the volume of discovery and the length and scope of the defense investigation envisioned in this matter, this case is complex and that it would be unreasonable to expect adequate preparation for pretrial proceedings or for the trial itself with the time limits established by the Speedy Trial Act. *See* 18 U.S.C. §3161(h)(8)(B)(ii).

5. Therefore, the period between the date of the filing of the Government's Motion, that is, on June 16, 2006, and the date the trial of this matter commences is deemed excludable time for the purposes of the Speedy Trial Act as set forth under 18 U.S.C. §3161(h)(8), with the Court specifically finding that ends of justice served by the granting of the Government's motion outweigh the best interests of the defendant and the public in a Speedy Trial.

6. Finally, and in light of this ruling, the Court hereby **VACATES** the pretrial motions and response dates, the final trial preparation conference and trial dates, currently set for Thursday, July 27, 2006, at 11:00 a.m., and Monday, August 14, 2006, at 9:00 a.m., respectively, as set forth in Docket Entry # 224.  A status conference is set for **Friday, September 15, 2006, at 1:30 p.m.**, at which time the Court will set deadlines for the filing of motions and responses as well as other case-management deadlines.

-3-

Dated: July 13, 2006

                        BY THE COURT:

                        s/ Wiley Y. Daniel
                        Wiley Y. Daniel
                        U. S. District Judge

Case 1:03-cr-00539-WYD   Document 227   Filed 07/13/06   USDC Colorado   Page 3 of 3