**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**
**JUDGE WILEY Y. DANIEL**

_____

| | | | |
|---|---|---|---|
| Date: | April 18, 2007 | Probation: | Caryl A. Ricca |
| Courtroom Deputy: | Robert R. Keech | Interpreter: | N/A |
| E.C.R./Reporter: | Kara Spitler | | |

_____

Criminal Case No: **03-cr-00539-WYD**          Counsel:

UNITED STATES OF AMERICA,                     James R. Boma

      Plaintiff,

v.

**5. JAMAL RIANE**,                                          John S. Tatum
                                                                           Leonard Chesler
      Defendant.

_____

**SENTENCING**
_____

**10:09 a.m.**     Court in Session - Defendant present (in-custody)

               **Change of Plea Hearing - Wednesday, January 10, 2007, at 10:00 a.m.**
               **Plea of Guilty - counts two and three of Third Superseding Indictment**

               APPEARANCES OF COUNSEL.

               Court's opening remarks.

10:11 a.m.     Statement on behalf of Government (Mr. Boma).

10:18 a.m.     Statement on behalf of Defendant (Mr. Tatum).

10:26 a.m.     Statement on behalf of Probation (Ms. Ricca).

10:28 a.m.     Statement on behalf of Defendant (Mr. Tatum).

10:32 a.m.     Statement on behalf of Government (Mr. Boma).

Judge Wiley Y. Daniel
03-cr-00539-WYD - Sentencing Minutes

| | |
|---|---|
| 10:35 a.m. | Statement on behalf of Defendant (Mr. Chesler). |
| 10:38 a.m. | Statement by Defendant on his own behalf (Mr. Riane). |
| 10:39 a.m. | Statement on behalf of Defendant (Mr. Chesler). |
| | Court makes findings. |

**ORDERED:** Government's Motion for Defendant to Receive Third Level for Acceptance of Responsibility Under U.S.S.G. §3E1.1 (#250 -1/16/07) is **GRANTED.**

**ORDERED:** Government's Motion to Reduce Sentence Under the Provisions of Section 5K1.1 of the U.S. Sentencing Guidelines (#251 - 3/5/07) is **GRANTED.**

**ORDERED:** Defendant be **imprisoned** for **18** months, on each of counts two and three to run concurrently.

**ORDERED:** Upon release from imprisonment, defendant shall be placed on **supervised release** for a period of **3** years, on each of counts two and three to run concurrently.

**ORDERED:** **Conditions** of **Supervised Release** are:

(X) Within 72 hours of release from the custody of the Bureau of Prisons, defendant shall report in person to the probation office in the district to which the defendant is released.

(X) Defendant shall not commit another federal, state or local crime.

(X) Defendant shall not possess a firearm as defined in 18 U.S.C. § 921.

(X) Defendant shall comply with standard conditions adopted by the Court.

(X) Defendant shall not unlawfully possess a controlled substance.

(X) The Defendant shall refrain from the unlawful use of a controlled substance and submit to one drug test within 15 days of release on supervised release and two periodic drug tests thereafter for use of a controlled substance.

(X) The defendant shall cooperate in the collection of D.N.A. as directed by the probation officer.

Judge Wiley Y. Daniel
03-cr-00539-WYD - Sentencing Minutes

| | |
|---|---|
| **ORDERED:** | **Special Condition(s)** of **Supervised Release** are: |
| (X) | If the defendant is deported, he shall not re-enter the United States illegally. If the Defendant re-enters the United States legally, he is to report to the nearest U.S. Probation Office within 72 hours of his return. |
| **ORDERED:** | Defendant shall pay **$200.00** to **Crime Victim Fund** (Special Assessment) to be paid immediately. |
| **ORDERED:** | Defendant shall pay a **fine** of **$7,500.00** to be paid immediately. |
| **ORDERED:** | Defendant advised of right to appeal the sentence imposed by the Court. Any notice of appeal must be filed within ten (10) days. Defendant advised of right to appeal in forma pauperis. |
| | Court's closing remarks to Defendant. |
| **ORDERED:** | Defendant is **REMANDED** to the custody of the U.S. Marshal. |
| **10:57 a.m.** | Court in Recess - HEARING CONCLUDED |

**TOTAL TIME:  0:48**